# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO.: 5:19-cv-02082-CEH |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| v. | ) | |
| | ) | |
| STOW HOTEL ASSOCIATES, LLC | ) | |
| d/b/a Hampton Inn Stow, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

The parties have informed the Court that they have settled this matter. Therefore, the Court will mark the docket "settled and dismissed, without prejudice." The parties may submit on or by March 31, 2021, a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice; if approved, it shall supplement this order.

IT IS SO ORDERED.

DATED: February 23, 2021            *s/ Carmen E. Henderson*
                                     Carmen E. Henderson
                                     United States Magistrate Judge